Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | The Muffin Mam, Inc. |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83-0929843 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 830 Hunter Industrial Park Road | PO Box 6282 |
| Number    Street | Number      Street |
| | P.O. Box |
| Laurens            SC    29360 | Greenville        SC    29606 |
| City            State    ZIP Code | City            State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Laurens County | |
| County | Number      Street |
| | City            State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | muffinmam.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Debtor   The Muffin Mam, Inc.
_____
Name                                                              Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
4490

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | The Muffin Mam, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  830 Hunter Industrial Park Road

Number        Street

Laurens                    SC        29360

City                           State      ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency  McGriff Insurance

Contact name  Warren Blanchard

Phone  864-325-6961

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   The Muffin Mam, Inc.
_____   Case number (if known)_____
Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/09/2021
           MM / DD / YYYY

✖ /s/ Todd Littleton                          Todd Littleton
_____        _____
Signature of authorized representative of debtor     Printed name

Title  CEO
_____

**18. Signature of attorney**

✖ /s/ W. Harrison Penn                  Date   11/09/2021
_____          MM / DD / YYYY
Signature of attorney for debtor

W. Harrison Penn
_____
Printed name
McCarthy, Reynolds, & Penn, LLC
_____
Firm name
1517 Laurel Street PO Box 11332 (29211)
_____
Number        Street
Columbia                                    SC        29201
_____   _____   _____
City                                        State      ZIP Code

8037718836                                  hpenn@mccarthy-lawfirm.com
_____   _____
Contact phone                               Email address

78087                                       SC
_____   _____
Bar number                                  State

**Fill in this information to identify the case:**

Debtor name ___The Muffin Mam, Inc._____

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Pinnacle Bank

Creditor's mailing address

Attn: Lance Miller SVP, Special Assets
140 East Third St., Charlotte, NC 28204

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien
All accounts, all chattel paper, all documents, all instruments, all inventory, all general intangibles, all equipment, all fixtures, all deposit accounts, all goods, letter of credit rights, supporting obligations, investment property, commercial tort

Describe the lien
Agreement you made,

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ Undetermined      Column B: $ Undetermined

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____      Column B: $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 0.00

Debtor    The Muffin Mam, Inc.

Name

Case number *(if known)*_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| David B. Wheeler<br>Moore & Van Allen PLLC<br>PO Box 22828<br>Charleston, SC, 29413-2828 | Line 2. _1_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    The Muffin Mam, Inc.

United States Bankruptcy Court for the:   District of South Carolina

Case number
(if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   **Priority creditor's name and mailing address**
Greenville County Tax Collector
Dept. 390
PO Box 100221
Columbia, SC, 29202-3221

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:** $ 51,816.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____

**2.2**   **Priority creditor's name and mailing address**
Laurens County Tax Collector
Attn:  Cynthia M. Burke
PO Box 1049
Laurens, SC, 29360

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:** $ 68,606.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____

**2.3**   **Priority creditor's name and mailing address**
United States Internal Revenue Service
PO Box 409101
Ogden, UT, 84409

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:** $ 194,152.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____

Debtor _____
    The Mumm Mann, Inc.
    Name

Case number *(if known)* _____

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
1WorldSync
Dept. 781341
PO Box 78000
Detroit, MI, 48278-1341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 5,570.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
ACI Janitorial
PO Box 486
Greenville, SC, 29602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 32,240.05**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Affinity Bakery Partners, LLC
2928 Walden Avenue
Depew, NY, 14043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 47,546.32**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
AFLAC
ATTN: Remittance Processing
1932 Wynnton Road
Columbus, GA, 31999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 1,435.12**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
AG Freight, LLC
650 Hurricane Creek Rd
Piedmont, SC, 29673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 2,776.36**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Airgas USA, LLC
P.O. Box 734672
Dallas, TX, 75373-4672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**$ 342.84**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  The Muffin Mann, Inc.
        Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.7** Nonpriority creditor's name and mailing address

Alexander AC Services
125 Victor
Greer, SC, 29651

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,085.00

---

**3.8** Nonpriority creditor's name and mailing address

Allied Electronics
P.O. Box 2325
Fort Worth, TX, 76113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 786.73

---

**3.9** Nonpriority creditor's name and mailing address

Americold Piedmont SC
1619 Antioch Church Road
Piedmont, SC, 29673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 500.00

---

**3.10** Nonpriority creditor's name and mailing address

Amoretti
451 Lombard Street
Oxnard, CA, 93030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,990.50

---

**3.11** Nonpriority creditor's name and mailing address

ARAMARK
PO Box 731676
Dallas, TX, 75373-1676

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 53,376.56

---

Debtor  The Muffin Mann, Inc.
        Name

                        Case number (if known)_____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** **Nonpriority creditor's name and mailing address**

Archer Daniels Midland Co.
P.O. Box 745086
Atlanta, GA, 30374-5086

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77,867.74

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

**3.13** **Nonpriority creditor's name and mailing address**

Arvo Distribution, LLC
PO Box 6647
Chicago, IL, 60680-6647

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,610.00

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.14** **Nonpriority creditor's name and mailing address**

ASM LLC dba Advantage Tri Venture
PO Box 744443
Atlanta, GA, 30374-4443

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 685.54

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.15** **Nonpriority creditor's name and mailing address**

Associated Brokers
4290 Bells Ferry Road
Suite 134-571
Kennesaw, GA, 30144

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,732.14

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

**3.16** **Nonpriority creditor's name and mailing address**

Atlantic Corporation
PO Box 60002
Charlotte, NC, 28260

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 600,760.73

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | The Muffin Mann, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Automationdirect.com, Inc.
P.O. Box 402417
Atlanta, GA, 30384

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 572.31

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

B&D Technologies
P.O. Box 16922
Atlanta, GA, 30321-0922

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,924.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

B.A.K.E. Marketing Corporation
1442 Highway 96
Burns, TN, 37029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 284.03

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

BB&T
P.O. Box 580340
Charlotte, NC, 28258-0340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 55,803.74

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

BDI
P.O. Box 74069
Cleveland, OH, 44194

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,272.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    The Muffin Mann, Inc.
          Name                                                                          Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **22** **Nonpriority creditor's name and mailing address**

Best Pack Solutions
PO Box 2043
Fountain Inn, SC, 29644

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 3,033.60**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **23** **Nonpriority creditor's name and mailing address**

Better Than Found
25 Woods Lake Road
Suite 105
Greenville, SC, 29607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 37,000.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **24** **Nonpriority creditor's name and mailing address**

Blue Azalea, LLC
PO Box 1107
Effingham, IL, 62401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 77,660.69**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **25** **Nonpriority creditor's name and mailing address**

Border States Industries, Inc.
PO Box  603585
Charlotte, NC, 28260

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 157.63**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** **26** **Nonpriority creditor's name and mailing address**

Brecoflex Co., LLC
222 Industrial Way West
Eatontown, NJ, 07724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 8,832.19**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor  The Muffin Mann, Inc.
        Name

                                                                Case number (if known)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **27** **Nonpriority creditor's name and mailing address**

Brenntag Mid-South, Inc.
3796 Reliable Pkwy
Chicago, IL, 60686

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 51,493.63

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.** **28** **Nonpriority creditor's name and mailing address**

Brill, Inc.
P.O. Box 920077
Atlanta, GA, 30392-0077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 69,922.50

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.** **29** **Nonpriority creditor's name and mailing address**

BW Clark, Inc.
PO Box 41
Columbia, SC, 29202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,918.33

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.** **30** **Nonpriority creditor's name and mailing address**

Cargrill, Inc.
PO Box 741034
Atlanta, GA, 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 94,933.93

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.** **31** **Nonpriority creditor's name and mailing address**

Carolina Express Couriers
P O Box 327
Greenville, SC, 29602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 595.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor  The Muffin Mann, Inc.
Name

Case number _(if known)_____

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 32  **Nonpriority creditor's name and mailing address**

Carolina Handling, LLC
P.O. Box 890352
Charlotte, NC, 28289

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,946.00

---

**3.** 33  **Nonpriority creditor's name and mailing address**

Carolina Lift Stations
PO Box 746
York, SC, 29745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 676.00

---

**3.** 34  **Nonpriority creditor's name and mailing address**

Carolina Pallets & Recycling
PO Box 843
Simpsonville, SC, 29681

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,111.00

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Carolina Scales
P. O. Box 8233
Columbia, SC, 29202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 975.00

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Carson's Nut-Bolt & Tool, Co.
P.O. Box 3629
Greenville, SC, 29608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,694.42

---

Debtor _____
Name    The Muffin Mann, Inc.

Case number *(if known)* _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.37** **Nonpriority creditor's name and mailing address**

Cat Techs Plus
107 Winyah Ct
Simpsonville, SC, 29681

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,058.16

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

Celebration Elegant Desserts, LLC
4165 Mendenhall Oaks Pkw
High Point, NC, 27265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,864.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

Century Printing & Packaging
PO. Box 2358
Greer, SC, 29652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 57,976.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

Certified Laboratories
23261 Network Place
Chicago, IL, 60673-1232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 779.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

CH Robinson Worldwide, Inc.
PO Box 9121
Minneapolis, MN, 55480

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,303.65

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 9 of 38

Debtor _____
        The Muffin Mam, Inc.
        Name

                                              Case number _____
                                                           (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 42**  **Nonpriority creditor's name and mailing address**

Cherry Bekaert, LLP
PO Box 25549
Richmond, VA, 23260-5500

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 8,545.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3. 43**  **Nonpriority creditor's name and mailing address**

ClearWater, Inc.
PO box 1469
Hickory, NC, 28603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,050.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3. 44**  **Nonpriority creditor's name and mailing address**

CMC Foods, Inc.
PO Box 28324
Kansas City, MO, 64118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 46,020.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3. 45**  **Nonpriority creditor's name and mailing address**

Colonial Chemical Solutions, Inc.
P O Box 743239
Atlanta, GA, 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,550.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3. 46**  **Nonpriority creditor's name and mailing address**

Consolidated Electrical Distributors, Inc.
PO Box 936240
Atlanta, GA, 31193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,497.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor    The Muffin Mann, Inc.
Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47  **Nonpriority creditor's name and mailing address**

Creative Baking Solutions, LLC
13791 East Rice Place
Ste 116
Aurora, CO, 80015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 382,750.25

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 48  **Nonpriority creditor's name and mailing address**

Cromer Food Services
PO Box 1447
Anderson, SC, 29622

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 318.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 49  **Nonpriority creditor's name and mailing address**

Dash Courier & Logistics
P O Box 11049
Charlotte, NC, 28220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,671.54

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 50  **Nonpriority creditor's name and mailing address**

Dawn Food Products
PO Box 71585
Chicago, IL, 60694

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 52,112.88

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 51  **Nonpriority creditor's name and mailing address**

Decopac, Inc.
SDS 12-0871
PO Box 86
Minneapolis, MN, 55486-0871

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,351.60

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  The Muffin Mam, Inc.
Name

Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.52  Nonpriority creditor's name and mailing address**

Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL, 60197-5275

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,177.52

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53  Nonpriority creditor's name and mailing address**

Delta Electrical Contractors
600 Apple Valley Road
Duncan, SC, 29334

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 47,356.36

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54  Nonpriority creditor's name and mailing address**

Digi-Key Electronics
701 Brooks Ave South
PO Box 677
Thief River Falls, MN, 56701-0677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 49.04

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55  Nonpriority creditor's name and mailing address**

Direct Connect Logistix, Inc.
314 W. Michigan Street
Indianapolis, IN, 46202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 39,829.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56  Nonpriority creditor's name and mailing address**

DNV GL Business
Assurance USA, Inc.
PO Box 74008806
Chicago, IL, 60674

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,576.63

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 12 of 38

Debtor    The Muffin Mam, Inc.
Name

Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.57 **Nonpriority creditor's name and mailing address**

Douglas Machines Corp.
4500 110Th Ave. N
Clearwater, FL, 33762

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,162.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.58 **Nonpriority creditor's name and mailing address**

DRW Transport, LLC
442 Flint Hill Dr
Pickens, SC, 29671

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 850.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.59 **Nonpriority creditor's name and mailing address**

Dunbar Systems, Inc.
1186 Walter Street
Lemont, IL, 60439

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 204,752.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.60 **Nonpriority creditor's name and mailing address**

Electric Motors and Drives, Inc.
P. O. Box 2565
Anderson, SC, 29622

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,639.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

3.61 **Nonpriority creditor's name and mailing address**

Equator Design, Inc.
PO Box 536634
Pittsburg, PA, 15253-5908

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,920.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  The Muffin Mann, Inc.
Name

Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.62** Nonpriority creditor's name and mailing address

ET Oakes Corporation
686 Old Willets Path
Hauppauge, NY, 11788-4102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,138.40

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.63** Nonpriority creditor's name and mailing address

Fastec Services Co.
1014 Fort Jackson Road
Charleston, SC, 29412

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,622.04

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.64** Nonpriority creditor's name and mailing address

Federal Express
P O Box 371461
Pittsburgh, PA, 15250

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,329.84

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.65** Nonpriority creditor's name and mailing address

FlavorSum
P.O. Box 2153
Kalamazoo, MI, 49003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,920.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.66** Nonpriority creditor's name and mailing address

Fox Rothschild LLP Attorneys
2 W Washington St
Suite 1100
Greenville, SC, 29601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 11,747.50

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor    The Muffin Mann, Inc.

Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.67** Nonpriority creditor's name and mailing address

Frontier Food Brokerage
PO Box 776111
Chicago, IL, 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,046.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Garrett & Garrett
PO Box 36
Chicago, IL, 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,074.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

Gasparini Sales
917 Granger Road
Syracuse, NY, 13219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,090.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Global Electronic Services, Inc.
5325 Palmero Court
Buford, GA, 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,398.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

Global Equipment Company
29833 Network Place
Chicago, IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,215.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____The Muffin Mann, Inc._____   Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 72 | **Nonpriority creditor's name and mailing address**

Gloves Plus, Inc.
227 Neely Ferry Road
Simpsonville, SC, 29680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,012.20

---

**3.** 73 | **Nonpriority creditor's name and mailing address**

Grainger
Dept. 834949935
Palatine, IL, 60038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,225.52

---

**3.** 74 | **Nonpriority creditor's name and mailing address**

Great American Insurance Company
Attn:  John Dougherty
301 East Fourth Street
Cincinnati, OH, 45202-4201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,833.33

---

**3.** 75 | **Nonpriority creditor's name and mailing address**

Great American Insurance Group
P O Box 89400
Cleveland, OH, 44101-6400

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 39,691.86

---

**3.** 76 | **Nonpriority creditor's name and mailing address**

Gregory of Greenville
P.O. Box 6713
Greenville, SC, 29606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,631.56

---

Debtor  The Muffin Mann, Inc.
        Name

        Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.77** **Nonpriority creditor's name and mailing address**

Guardian Worksite
P O Box 826486
Philadelphia, PA, 19182-6486

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 17,446.44

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.78** **Nonpriority creditor's name and mailing address**

Hardman Distribution
2545 Ivy Street East
Cumming, GA, 30041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 591,100.75

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.79** **Nonpriority creditor's name and mailing address**

Hartford Insurance
690 Asylum Avenue
Hartford
Hartford, CT, 06155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 98,536.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.80** **Nonpriority creditor's name and mailing address**

Hobart Service/ITW Food Equip
PO Box 2517
Carol Stream, IL, 60132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,628.27

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.81** **Nonpriority creditor's name and mailing address**

Horizon Equipment
1960 Seneca Road
Saint Paul, MN, 55122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,387.64

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    The Muffin Mann, Inc.
_____
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

Human Technologies
105 N. Spring St Ste 200
Greenville, SC, 29601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49,966.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

Hydradyne, LLC
PO Box 974799
Dallas, TX, 75397-4799

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 173.64

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

Hygiena
Attn:  Accounts Receivable
941 Avenida Acaso
Camarillo, CA, 93012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,763.84

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**

ID Technology
PO Box 73419
Cleveland, OH, 44193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,513.40

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

Industry Built Software, Ltd
PO Box 743722
Atlanta, GA, 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,056.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    The Muffin Mam, Inc.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.87** **Nonpriority creditor's name and mailing address**

Insight Financial Staffing
48 Parkway Commons Way
Greer, SC, 29650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,970.50

---

**3.88** **Nonpriority creditor's name and mailing address**

Integrity Express Logistics
62488 Collections Center Drive
Chicago, IL, 60693-0624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34,742.00

---

**3.89** **Nonpriority creditor's name and mailing address**

International Bakers Services
1902 N. Sheridan Ave.
South Bend, IN, 46628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,982.36

---

**3.90** **Nonpriority creditor's name and mailing address**

Ise Newberry, Inc.
PO Box 758
Newberry, SC, 29108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14,400.00

---

**3.91** **Nonpriority creditor's name and mailing address**

Jason Pruitt Septic Tank Service
PO Box 118
Roebuck, SC, 29376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,450.00

---

Debtor    The Muffin Mam, Inc.
Name

Case number (if known)

| | |
|---|---|

### Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.92** Nonpriority creditor's name and mailing address

JAX Refrigeration
901 7th Avenue South
Jacksonville Beach, FL, 32250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,729.49

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.93** Nonpriority creditor's name and mailing address

JCS Sales, LLC
Attn: Drew Hembree
PO Box 1158
Abingdon, VA, 24212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 258.27

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.94** Nonpriority creditor's name and mailing address

JRP Company
1619 Patterson Plant Road
Enoree, SC, 29335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 21,361.68

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.95** Nonpriority creditor's name and mailing address

JWC Environmental Inc.
PO Box 3147
Cumming, GA, 30028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 447,447.74

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.96** Nonpriority creditor's name and mailing address

Keck's Food Service
2796 Route 328
Millerton, PA, 16936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,600.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor   The Muffin Mann, Inc.
Name

Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.97** Nonpriority creditor's name and mailing address

Labor Finders of SC, Inc.
PO Box 282
Greenville, SC, 29602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,421.71

---

**3.98** Nonpriority creditor's name and mailing address

Labor Finders Spartanburg
PO Box 1131
Spartanburg, SC, 29304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 162,880.30

---

**3.99** Nonpriority creditor's name and mailing address

Landford Industrial Services Co.
P O Box 366
Clinton, SC, 29325

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 266,149.38

---

**3.100** Nonpriority creditor's name and mailing address

Laurens Commission of Public Works
PO Box 580476
Charlotte, NC, 28258

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 118,558.73

---

**3.101** Nonpriority creditor's name and mailing address

Laurens Tool, Inc.
408 Templeton Rd
PO Box 365
Laurens, SC, 29360

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,928.00

---

Debtor _____The Muffin Mann, Inc._____    Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102 **Nonpriority creditor's name and mailing address**

Mallet & Company, Inc.
563 Napor Blvd
Suite 195
Pittsburgh, PA, 15205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,715.68

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 103 **Nonpriority creditor's name and mailing address**

Marlin Capital Solutions
P O Box 13604
Philadelphia, PA, 19101-3604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 700.75

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 104 **Nonpriority creditor's name and mailing address**

Matson Logistics, Inc.
PO Box 99074
Chicago, IL, 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,146.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 105 **Nonpriority creditor's name and mailing address**

MAU Workforce Solutions
DEPT#40301
P O Box 2153
Birmingham, AL, 35287

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,724.49

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 106 **Nonpriority creditor's name and mailing address**

McMaster-Carr
P.O. Box 7690
Chicago, IL, 60680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,101.59

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____The Muffin Mann, Inc._____   Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.<sup>107</sup> **Nonpriority creditor's name and mailing address**

Mechanical Equipment Company
PO Box 689
Matthews, NC, 28106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,482.00

---

3.<sup>108</sup> **Nonpriority creditor's name and mailing address**

Mekitec US, LLC
2900 Gateway Drive
Suite 635
Irving, TX, 75063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,620.00

---

3.<sup>109</sup> **Nonpriority creditor's name and mailing address**

Menasha Packaging Company
75 Remittance Drive
Dept. 6970
Chicago, IL, 60675

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 761.25

---

3.<sup>110</sup> **Nonpriority creditor's name and mailing address**

Messer, LLC
88718 Expedite Way
Chicago, IL, 60695

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 137,368.65

---

3.<sup>111</sup> **Nonpriority creditor's name and mailing address**

Mettler-Toledo, LLC
PO Box 730867
Dallas, TX, 75373-0867

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 755.00

---

Debtor  The Muffin Mann, Inc.

Name

Case number (if known)

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.** 112  **Nonpriority creditor's name and mailing address**

Mid Carolina Environmental Equip, LLC
11 Kin Loch Road
Lugoff, SC, 29078

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 113  **Nonpriority creditor's name and mailing address**

Modern Material Handling
P.O. Box 5658
Greenville, SC, 29606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 983.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 114  **Nonpriority creditor's name and mailing address**

MoLo Solutions, LLC
Lockbox Receivables
PO Box 7050
Carol Stream, IL, 60197-7050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 28,885.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 115  **Nonpriority creditor's name and mailing address**

Mother Murphy's
PO Box 16846
Greensboro, NC, 27416-0846

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,994.43

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 116  **Nonpriority creditor's name and mailing address**

Motion Industries
P.O. Box 404130
Atlanta, GA, 30384

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,778.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    The Muffin Mann, Inc.
_____
Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 117  **Nonpriority creditor's name and mailing address**

National Risk Solutions, LLC
1558 Central Ave
Suite 7C
Fort Lee, NJ, 07024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,175.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 118  **Nonpriority creditor's name and mailing address**

Naturipe Value Added Foods, LLC
PO Box 631231
Cincinnati, OH, 45263-1231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 40,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 119  **Nonpriority creditor's name and mailing address**

Naylor
455 North Service Road East
Oakville, ON
ON L6H 1A5 CANADA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 29,204.93

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 120  **Nonpriority creditor's name and mailing address**

Nelson Diecutting & Packaging, Inc.
P.O. Box 171444
Spartanburg, SC, 29301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 32,029.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 121  **Nonpriority creditor's name and mailing address**

Newburg Egg Corp.
PO Box 175
Woodridge, NY, 12789

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 130,460.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor  The Muffin Mann, Inc.
        Name

                                              Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 122  **Nonpriority creditor's name and mailing address**

Nexcor Technologies
P.O. Box 1959
Suwanee, GA, 30024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,000.00

---

**3.** 123  **Nonpriority creditor's name and mailing address**

Nexsen Pruet, LLC
PO Drawer 2426
Columbia, SC, 29202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 975.00

---

**3.** 124  **Nonpriority creditor's name and mailing address**

NIC Systems, Inc.
150 Jardin Drive, Unit 10
Concord, ON  14k 3p9 CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,130.00

---

**3.** 125  **Nonpriority creditor's name and mailing address**

Office Depot
Dept 56-4203960967
Phoenix, AZ, 85062-8004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,646.78

---

**3.** 126  **Nonpriority creditor's name and mailing address**

Operators Unlimited
590 Robin Lake Rd.
Greenville, SC, 29606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 55,966.15

---

Debtor  The Muffin Mann, Inc.
_____
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 127  **Nonpriority creditor's name and mailing address**

Orthodox Union
Eleven Broadway
13th Floor
New York, NJ, 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,440.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 128  **Nonpriority creditor's name and mailing address**

Pace Analytical Services, LLC
PO Box 684056
Chicago, IL, 60695-4056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 129  **Nonpriority creditor's name and mailing address**

PC Connection Sales Corp.
DBA Connection
PO Box 536472
Pittsburgh, PA, 15253-5906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,380.40

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 130  **Nonpriority creditor's name and mailing address**

Penske Truck Leasing Co., Inc.
PO Box 532658
Atlanta, GA, 30353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,228.40

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 131  **Nonpriority creditor's name and mailing address**

Perishable Sales, Inc.
165 Hansen Court #100
Wood Dale, IL, 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,762.24

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   The Muffin Mann, Inc.
_____
Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.132** Nonpriority creditor's name and mailing address

Phillips Recoveries, Inc.
450 Cherokee Rd
Pelzer, SC, 29669

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,916.40

---

**3.133** Nonpriority creditor's name and mailing address

Pinnacle Bank
Cardmember Services
PO Box 306005
Nashville, TN, 37230-6005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,051.53

---

**3.134** Nonpriority creditor's name and mailing address

Polar Tech Industries
Payment Processing
PO Box 5930
Bloomington, IL, 6170

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,268.03

---

**3.135** Nonpriority creditor's name and mailing address

PRTC
PO Box 1026
Laurens, SC, 29360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 560.17

---

**3.136** Nonpriority creditor's name and mailing address

Pye Barker
PO Box 714812
Cincinnati, OH, 45271

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,566.51

---

Debtor   The Muffin Mam, Inc.
         Name

                                                        Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 137   **Nonpriority creditor's name and mailing address**

Rain for Rent
4350 Golf Acres Dr.
Charlotte, NC, 28208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

$ 5,724.00

---

**3.** 138   **Nonpriority creditor's name and mailing address**

Randstad Staffing Services
PO Box 277075
Atlanta, GA, 30384

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

$ 32,572.80

---

**3.** 139   **Nonpriority creditor's name and mailing address**

Ready Refresh by Nestle
PO Box 856192
Louisville, KY, 40285-6192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

$ 51.59

---

**3.** 140   **Nonpriority creditor's name and mailing address**

Records Reduction
2031-F Independence Commerce Dr.
Matthews, NC, 28105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

$ 612.00

---

**3.** 141   **Nonpriority creditor's name and mailing address**

Renewable Water Resources
561 Mauldin Dr.
Greenville, SC, 29607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

$ 10,971.65

---

Debtor _____
The Muffin Mann, Inc.
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 142    **Nonpriority creditor's name and mailing address**

Republic Services #744
PO Box 9001099
Louisville, KY, 40290

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,834.82

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 143    **Nonpriority creditor's name and mailing address**

Resource Electric, LLC
2854 Hwy 72 West
Clinton, SC, 29325

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,296.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 144    **Nonpriority creditor's name and mailing address**

Rogers & Callcott
PO Box 5655
Greenville, SC, 29606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36.75

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 145    **Nonpriority creditor's name and mailing address**

RTI, Inc.
103 High Pointe Dr.
Blythewood, SC, 29016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,582.30

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 146    **Nonpriority creditor's name and mailing address**

Segra
PO Box 631140
Cincinnati, OH, 45263-1140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,034.57

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    The Muffin Mann, Inc.
Name

Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.**147 **Nonpriority creditor's name and mailing address**

Seltrol, Inc.
PO Box 17739
Greenville, SC, 29606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 280.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.**148 **Nonpriority creditor's name and mailing address**

Sensient Colors, LLC
62453 Collections Center Dr.
Chicago, IL, 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,034.43

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.**149 **Nonpriority creditor's name and mailing address**

Shoes For Crews, LLC
PO Box 734176
Chicago, IL, 60673-4176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 373.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.**150 **Nonpriority creditor's name and mailing address**

Silliker, Inc.
111 E. Wacker Dr.
Suite 2300
Chicago, IL, 60601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 347.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.**151 **Nonpriority creditor's name and mailing address**

Sonoco Recycling, LLC
91218 Collection Center Dr.
Chicago, IL, 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 152.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    The Muffin Mam, Inc.
Name

Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** Nonpriority creditor's name and mailing address

Southeast Industrial Equipment
PO Box 63230
Charlotte, NC, 28263-3230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,136.07

---

**3.153** Nonpriority creditor's name and mailing address

Southeastern Paper Group, Inc.
PO Box 890671
Charlotte, NC, 28289

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 35,452.17

---

**3.154** Nonpriority creditor's name and mailing address

Southwest Engineers
PO Box 2499
Slidell, LA, 70459

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,228.72

---

**3.155** Nonpriority creditor's name and mailing address

Star2Star Communications
PO Box 97231
Las Vegas, NV, 89193-7231

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 803.25

---

**3.156** Nonpriority creditor's name and mailing address

Stokes Blueberries FreshPro, Inc.
54239 14th Ave.
Grand Junction, MI, 49056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 58,316.50

---

Debtor    The Muffin Mam, Inc.
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** <u>157</u>  **Nonpriority creditor's name and mailing address**

Synergy Flavors, Inc.
1500 Synergy Dr.
Wauconda, IL, 60084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,282.67

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** <u>158</u>  **Nonpriority creditor's name and mailing address**

Tamarkin Company
375 Victoria Rd
Youngstown, OH, 44515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,568.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** <u>159</u>  **Nonpriority creditor's name and mailing address**

Teachey Mechanical, Inc.
PO Box 339
Simpsonville, SC, 29681

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,270.52

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** <u>160</u>  **Nonpriority creditor's name and mailing address**

TempTrip, LLC
435 Martin Street
Suite 2020
Blaine, WA, 98230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 237.34

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** <u>161</u>  **Nonpriority creditor's name and mailing address**

Tennant Sales & Service Co
PO Box 71414
Chicago, IL, 60694-1414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,244.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    The Muffin Mam, Inc.
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.162  Nonpriority creditor's name and mailing address**

The Fred D. Pfening Co., Inc.
1075 West Fifth Ave
Columbus, OH, 43212-2691

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,037.61

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.163  Nonpriority creditor's name and mailing address**

Tielman North America, LTD
180 Middlefield Rd.
Scarorough, ON
M1S 4MS

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 83,519.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.164  Nonpriority creditor's name and mailing address**

Total Quality Logistics
PO Box 634558
Cincinnati, OH, 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 128,643.87

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.165  Nonpriority creditor's name and mailing address**

Toyota Industries Commercial Finance
PO Box 660926
Dallas, TX, 75266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 11,357.36

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.166  Nonpriority creditor's name and mailing address**

Transamerica Employee Benefits
PO Box 634558
Dallas, TX, 75266-3005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 364.04

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 34 of 38

Debtor    The Muffin Mann, Inc.
          Name                                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.167** Nonpriority creditor's name and mailing address

TSR Marketing
4043 Windsor Park Drive E.
Jacksonville, FL, 32224

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,044.84

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.168** Nonpriority creditor's name and mailing address

U.S. Foodservice, Inc.
PO Box 602292
Charlotte, NC, 28260-2292

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 26,525.12

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.169** Nonpriority creditor's name and mailing address

Uline
Attn: AR
PO Box 88741
Chicago, IL, 60680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 18,756.81

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.170** Nonpriority creditor's name and mailing address

Unifiller Systems
7621 MacDonald Rd
Delta, BC
V4G 1N3 Canada

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 4,399.03

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.171** Nonpriority creditor's name and mailing address

United Chemical Supply
PO Box 5066
Greenville, SC, 29606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,440.65

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   The Muffin Mam, Inc.
_____
Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 172  **Nonpriority creditor's name and mailing address**

United Parcel Service
PO Box 809488
Chicago, IL, 60680-9488

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,772.03

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 173  **Nonpriority creditor's name and mailing address**

Universal Packaging
PO Box 297
Reidville, SC, 29375

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 137,959.58

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 174  **Nonpriority creditor's name and mailing address**

Upstate Door Co, Inc.
PO Box 9195
Greenville, SC, 29604

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 14,442.96

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 175  **Nonpriority creditor's name and mailing address**

UTICA National Insurance Group
PO Box 6532
Utica, NY, 13504-6532

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 15,593.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 176  **Nonpriority creditor's name and mailing address**

Vaughn Belting
PO Box 5505
Spartanburg, SC, 29304

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 31,589.90

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    The Muffin Mann, Inc.
          Name

          Case number (if known)

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 177  **Nonpriority creditor's name and mailing address**

Veropak LTD
73 Swaisland Dr.
Crayford, Kent
DAI 4HY United Kingdom

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,065.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 178  **Nonpriority creditor's name and mailing address**

Videojet Technologies, Inc.
12113 Collection Center Dr.
Chicago, IL, 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 73,800.31

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 179  **Nonpriority creditor's name and mailing address**

VLS Recovery Services
P O Box 4346
Houston, TX, 77210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 20,305.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 180  **Nonpriority creditor's name and mailing address**

Williams Scotsman, Inc
PO Box 91975
Chicago, IL, 60693-1975

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 9,934.56

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____
Name

Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 314,574.43 |
| 5b. **Total claims from Part 2** | 5b. | **+** $ | 5,676,974.15 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,991,548.58 |

United States Bankruptcy Court

District of South Carolina

In re:  The Muffin Mam, Inc.                          Case No.

                                                      Chapter    7

              Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____11/09/2021_____          /s/ Todd Littleton
                                     _____
                                     Signature of Individual signing on behalf of debtor

                                     CEO
                                     _____
                                     Position or relationship to debtor

1WorldSync
Dept. 781341
PO Box 78000
Detroit, MI 48278-1341

ACI Janitorial
PO Box 486
Greenville, SC 29602

Affinity Bakery Partners, LLC
2928 Walden Avenue
Depew, NY 14043

AFLAC
ATTN:  Remittance Processing
1932 Wynnton Road
Columbus, GA 31999

AG Freight, LLC
650 Hurricane Creek Rd
Piedmont, SC 29673

Airgas USA, LLC
P.O. Box 734672
Dallas, TX 75373-4672

Alexander AC Services
125 Victor
Greer, SC 29651

Allied Electronics
P.O. Box 2325
Fort Worth, TX 76113

Americold Piedmont SC
1619 Antioch Church Road
Piedmont, SC 29673

Amoretti
451 Lombard Street
Oxnard, CA 93030

ARAMARK
PO Box 731676
Dallas, TX 75373-1676

Archer Daniels Midland Co.
P.O. Box 745086
Atlanta, GA 30374-5086

Arvo Distribution, LLC
PO Box 6647
Chicago, IL 60680-6647

ASM LLC dba Advantage Tri Venture
PO Box 744443
Atlanta, GA 30374-4443

Associated Brokers
4290 Bells Ferry Road
Suite 134-571
Kennesaw, GA 30144

Atlantic Corporation
PO Box 60002
Charlotte, NC 28260

Automationdirect.com, Inc.
P.O. Box 402417
Atlanta, GA 30384

B&D Technologies
P.O. Box 16922
Atlanta, GA 30321-0922

B.A.K.E. Marketing Corporation
1442 Highway 96
Burns, TN 37029

BB&T
P.O. Box 580340
Charlotte, NC 28258-0340

BDI
P.O. Box 74069
Cleveland, OH 44194

Best Pack Solutions
PO Box 2043
Fountain Inn, SC 29644

Better Than Found
25 Woods Lake Road
Suite 105
Greenville, SC 29607

Blue Azalea, LLC
PO Box 1107
Effingham, IL 62401

Border States Industries, Inc.
PO Box  603585
Charlotte, NC 28260

Brecoflex Co., LLC
222 Industrial Way West
Eatontown, NJ 07724

Brenntag Mid-South, Inc.
3796 Reliable Pkwy
Chicago, IL 60686

Brill, Inc.
P.O. Box 920077
Atlanta, GA 30392-0077

BW Clark, Inc.
PO Box 41
Columbia, SC 29202

Cargrill, Inc.
PO Box 741034
Atlanta, GA 30374

Carolina Express Couriers
P O Box 327
Greenville, SC 29602

Carolina Handling, LLC
P.O. Box 890352
Charlotte, NC 28289

Carolina Lift Stations
PO Box 746
York, SC 29745

Carolina Pallets & Recycling
PO Box 843
Simpsonville, SC 29681

Carolina Scales
P. O. Box 8233
Columbia, SC 29202

Carson's Nut-Bolt & Tool, Co.
P.O. Box 3629
Greenville, SC 29608

Cat Techs Plus
107 Winyah Ct
Simpsonville, SC 29681

Celebration Elegant Desserts, LLC
4165 Mendenhall Oaks Pkw
High Point, NC 27265

Century Printing & Packaging
PO. Box 2358
Greer, SC 29652

Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232

CH Robinson Worldwide, Inc.
PO Box 9121
Minneapolis, MN 55480

Cherry Bekaert, LLP
PO Box 25549
Richmond, VA 23260-5500

ClearWater, Inc.
PO box 1469
Hickory, NC 28603

CMC Foods, Inc.
PO Box 28324
Kansas City, MO 64118

Colonial Chemical Solutions, Inc.
P O Box 743239
Atlanta, GA 30374

Consolidated Electrical Distributors, Inc.
PO Box 936240
Atlanta, GA 31193

Creative Baking Solutions, LLC
13791 East Rice Place
Ste 116
Aurora, CO 80015

Cromer Food Services
PO Box 1447
Anderson, SC 29622

Dash Courier & Logistics
P O Box 11049
Charlotte, NC 28220

David B. Wheeler
Moore & Van Allen PLLC
PO Box 22828
Charleston, SC 29413-2828

Dawn Food Products
PO Box 71585
Chicago, IL 60694

Decopac, Inc.
SDS 12-0871
PO Box 86
Minneapolis, MN 55486-0871

Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

Delta Electrical Contractors
600 Apple Valley Road
Duncan, SC 29334

Digi-Key Electronics
701 Brooks Ave South
PO Box 677
Thief River Falls, MN 56701-0677

Direct Connect Logistix, Inc.
314 W. Michigan Street
Indianapolis, IN 46202

DNV GL Business
Assurance USA Inc.
PO Box 74008806
Chicago, IL 60674

Douglas Machines Corp.
4500 110Th Ave. N
Clearwater, FL 33762

DRW Transport, LLC
442 Flint Hill Dr
Pickens, SC 29671

Dunbar Systems, Inc.
1186 Walter Street
Lemont, IL 60439

Electric Motors and Drives, Inc.
P. O. Box 2565
Anderson, SC 29622

Equator Design, Inc.
PO Box 536634
Pittsburg, PA 15253-5908

ET Oakes Corporation
686 Old Willets Path
Hauppauge, NY 11788-4102

Fastec Services Co.
1014 Fort Jackson Road
Charleston, SC 29412

Federal Express
P O Box 371461
Pittsburgh, PA 15250

FlavorSum
P.O. Box 2153
Kalamazoo, MI 49003

Fox Rothschild LLP Attorneys
2 W Washington St
Suite 1100
Greenville, SC 29601

Frontier Food Brokerage
PO Box 776111
Chicago, IL 60677

Garrett & Garrett
PO Box 36
Chicago, IL 60677

Gasparini Sales
917 Granger Road
Syracuse, NY 13219

Global Electronic Services, Inc.
5325 Palmero Court
Buford, GA 30518

Global Equipment Company
29833 Network Place
Chicago, IL 60673

Gloves Plus, Inc.
227 Neely Ferry Road
Simpsonville, SC 29680

Grainger
Dept. 834949935
Palatine, IL 60038

Great American Insurance Company
Attn:  John Dougherty
301 East Fourth Street
Cincinnati, OH 45202-4201

Great American Insurance Group
P O Box 89400
Cleveland, OH 44101-6400

Greenville County Tax Collector
Dept. 390
PO Box 100221
Columbia, SC 29202-3221

Gregory of Greenville
P.O. Box 6713
Greenville, SC 29606

Guardian Worksite
P O Box 826486
Philadelphia, PA 19182-6486

Hardman Distribution
2545 Ivy Street East
Cumming, GA 30041

Hartford Insurance
690 Asylum Avenue
Hartford
Hartford, CT 06155

Hobart Service/ITW Food Equip
PO Box 2517
Carol Stream, IL 60132

Horizon Equipment
1960 Seneca Road
Saint Paul, MN 55122

Human Technologies
105 N. Spring St Ste 200
Greenville, SC 29601

Hydradyne, LLC
PO Box 974799
Dallas, TX 75397-4799

Hygiena
Attn:  Accounts Receivable
941 Avenida Acaso
Camarillo, CA 93012

ID Technology
PO Box 73419
Cleveland, OH 44193

Industry Built Software, Ltd
PO Box 743722
Atlanta, GA 30374

Insight Financial Staffing
48 Parkway Commons Way
Greer, SC 29650

Integrity Express Logistics
62488 Collections Center Drive
Chicago, IL 60693-0624

International Bakers Services
1902 N. Sheridan Ave.
South Bend, IN 46628

Ise Newberry, Inc.
PO Box 758
Newberry, SC 29108

Jason Pruitt Septic Tank Service
PO Box 118
Roebuck, SC 29376

JAX Refrigeration
901 7th Avenue South
Jacksonville Beach, FL 32250

JCS Sales, LLC
Attn:  Drew Hembree
PO Box 1158
Abingdon, VA 24212

JRP Company
1619 Patterson Plant Road
Enoree, SC 29335

JWC Environmental Inc.
PO Box 3147
Cumming, GA 30028

Keck's Food Service
2796 Route 328
Millerton, PA 16936

Labor Finders of SC, Inc.
PO Box 282
Greenville, SC 29602

Labor Finders Spartanburg
PO Box 1131
Spartanburg, SC 29304

Landford Industrial Services Co.
P O Box 366
Clinton, SC 29325

Laurens Commission of Public Works
PO Box 580476
Charlotte, NC 28258

Laurens County Tax Collector
Attn:  Cynthia M. Burke
PO Box 1049
Laurens, SC 29360

Laurens Tool, Inc.
408 Templeton Rd
PO Box 365
Laurens, SC 29360

Mallet & Company, Inc.
563 Napor Blvd
Suite 195
Pittsburgh, PA 15205

Marlin Capital Solutions
P O Box 13604
Philadelphia, PA 19101-3604

Matson Logistics, Inc.
PO Box 99074
Chicago, IL 60693

MAU Workforce Solutions
DEPT#40301
P O Box 2153
Birmingham, AL 35287

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680

Mechanical Equipment Company
PO Box 689
Matthews, NC 28106

Mekitec US, LLC
2900 Gateway Drive
Suite 635
Irving, TX 75063

Menasha Packaging Company
75 Remittance Drive
Dept. 6970
Chicago, IL 60675

Messer, LLC
88718 Expedite Way
Chicago, IL 60695

Mettler-Toledo, LLC
PO Box 730867
Dallas, TX 75373-0867

Mid Carolina Environmental Equip, LLC
11 Kin Loch Road
Lugoff, SC 29078

Modern Material Handling
P.O. Box 5658
Greenville, SC 29606

MoLo Solutions, LLC
Lockbox Receivables
PO Box 7050
Carol Stream, IL 60197-7050

Mother Murphy's
PO Box 16846
Greensboro, NC 27416-0846

Motion Industries
P.O. Box 404130
Atlanta, GA 30384

National Risk Solutions, LLC
1558 Central Ave
Suite 7C
Fort Lee, NJ 07024

Naturipe Value Added Foods, LLC
PO Box 631231
Cincinnati, OH 45263-1231

Naylor
455 North Service Road East
Oakville, ON
ON L6H 1A5 CANADA,

Nelson Diecutting & Packaging, Inc.
P.O. Box 171444
Spartanburg, SC 29301

Newburg Egg Corp.
PO Box 175
Woodridge, NY 12789

Nexcor Technologies
P.O. Box 1959
Suwanee, GA 30024

Nexsen Pruet, LLC
PO Drawer 2426
Columbia, SC 29202

NIC Systems, Inc.
150 Jardin Drive, Unit 10
Concord, ON  14k 3p9 CANADA

Office Depot
Dept 56-4203960967
Phoenix, AZ 85062-8004

Operators Unlimited
590 Robin Lake Rd.
Greenville, SC 29606

Orthodox Union
Eleven Broadway
13th Floor
New York, NJ 10004

Pace Analytical Services, LLC
PO Box 684056
Chicago, IL 60695-4056

PC Connection Sales Corp.
DBA Connection
PO Box 536472
Pittsburgh, PA 15253-5906

Penske Truck Leasing Co., Inc.
PO Box 532658
Atlanta, GA 30353

Perishable Sales, Inc.
165 Hansen Court #100
Wood Dale, IL 60191

Phillips Recoveries, Inc.
450 Cherokee Rd
Pelzer, SC 29669

Pinnacle Bank
Cardmember Services
PO Box 306005
Nashville, TN 37230-6005

Pinnacle Bank
Attn: Lance Miller SVP, Special Assets
140 East Third St.
Charlotte, NC 28204

Polar Tech Industries
Payment Processing
PO Box 5930
Bloomington, IL 6170

PRTC
PO Box 1026
Laurens, SC 29360

Pye Barker
PO Box 714812
Cincinnati, OH 45271

Rain for Rent
4350 Golf Acres Dr.
Charlotte, NC 28208

Randstad Staffing Services
PO Box 277075
Atlanta, GA 30384

Ready Refresh by Nestle
PO Box 856192
Louisville, KY 40285-6192

Records Reduction
2031-F Independence Commerce Dr.
Matthews, NC 28105

Renewable Water Resources
561 Mauldin Dr.
Greenville, SC 29607

Republic Services #744
PO Box 9001099
Louisville, KY 40290

Resource Electric, LLC
2854 Hwy 72 West
Clinton, SC 29325

Rogers & Callcott
PO Box 5655
Greenville, SC 29606

RTI, Inc.
103 High Pointe Dr.
Blythewood, SC 29016

SC Dept of Revenue & Taxation
PO Box 12265
Columbia, SC 29211-9979

SC DEW
Document Control-Bankrutpcy
PO Box 995
Columbia, SC 29202-0995

Segra
PO Box 631140
Cincinnati, OH 45263-1140

Seltrol, Inc.
PO Box 17739
Greenville, SC 29606

Sensient Colors, LLC
62453 Collections Center Dr.
Chicago, IL 60693

Shoes For Crews, LLC
PO Box 734176
Chicago, IL 60673-4176

Silliker, Inc.
111 E. Wacker Dr.
Suite 2300
Chicago, IL 60601

Sonoco Recycling, LLC
91218 Collection Center Dr.
Chicago, IL 60693

Southeast Industrial Equipment
PO Box 63230
Charlotte, NC 28263-3230

Southeastern Paper Group, Inc.
PO Box 890671
Charlotte, NC 28289

Southwest Engineers
PO Box 2499
Slidell, LA 70459

Star2Star Communications
PO Box 97231
Las Vegas, NV 89193-7231

Stokes Blueberries FreshPro, Inc.
54239 14th Ave.
Grand Junction, MI 49056

Synergy Flavors, Inc.
1500 Synergy Dr.
Wauconda, IL 60084

Tamarkin Company
375 Victoria Rd
Youngstown, OH 44515

Teachey Mechanical, Inc.
PO Box 339
Simpsonville, SC 29681

TempTrip, LLC
435 Martin Street
Suite 2020
Blaine, WA 98230

Tennant Sales & Service Co
PO Box 71414
Chicago, IL 60694-1414

The Fred D. Pfening Co., Inc.
1075 West Fifth Ave
Columbus, OH 43212-2691

Tielman North America, LTD
180 Middlefield Rd.
Scarorough, ON
M1S 4MS,

Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263

Toyota Industries Commercial Finance
PO Box 660926
Dallas, TX 75266

Transamerica Employee Benefits
PO Box 634558
Dallas, TX 75266-3005

TSR Marketing
4043 Windsor Park Drive E.
Jacksonville, FL 32224

U.S. Foodservice, Inc.
PO Box 602292
Charlotte, NC 28260-2292

Uline
Attn: AR
PO Box 88741
Chicago, IL 60680

Unifiller Systems
7621 MacDonald Rd
Delta, BC
V4G 1N3 Canada,

United Chemical Supply
PO Box 5066
Greenville, SC 29606

United Parcel Service
PO Box 809488
Chicago, IL 60680-9488

United States Attorney
District of South Carolina
1441 Main Street, Suite 500
Columbia, SC 29201

United States Internal Revenue Service
PO Box 409101
Ogden, UT 84409

Universal Packaging
PO Box 297
Reidville, SC 29375

Upstate Door Co, Inc.
PO Box 9195
Greenville, SC 29604

UTICA National Insurance Group
PO Box 6532
Utica, NY 13504-6532

Vaughn Belting
PO Box 5505
Spartanburg, SC 29304

Veropak LTD
73 Swaisland Dr.
Crayford, Kent
DAI 4HY United Kingdom,

Videojet Technologies, Inc.
12113 Collection Center Dr.
Chicago, IL 60693

VLS Recovery Services
P O Box 4346
Houston, TX 77210

Williams Scotsman, Inc
PO Box 91975
Chicago, IL 60693-1975