| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **The Muffin Mam, Inc.**<br>Name | EIN: 83–0929843 | |
| United States Bankruptcy Court | District of South Carolina | Date case filed for chapter: | 7    11/9/21 |
| Case number: | 21–02909–hb | | |

## Official Form 309C (For Corporations or Partnerships)

### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                                    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | The Muffin Mam, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 830 Hunter Industrial Park Road<br>Laurens, SC 29360 | |
| **4. Debtor's attorney**<br>Name and address | William Harrison Penn<br>McCarthy, Reynolds & Penn, LLC<br>1517 Laurel Street (29201)<br>PO Box 11332<br>Columbia, SC 29211–1332 | Contact phone 803–771–8836<br><br>Email: hpenn@mccarthy-lawfirm.com |
| **5. Bankruptcy trustee**<br>Name and address | John K Fort<br>PO Box 789<br>Drayton, SC 29333 | Contact phone 864–237–8284<br><br>Email: trustee863@gmail.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | J. Bratton Davis United States Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201–2423 | Hours open 9:00 am – 5:00 pm<br><br>Contact phone: 803–765–5436<br><br>Date: 11/9/21 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 21, 2021 at 09:30 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br>**Donald Stuart Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306–2355** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Miscellaneous Notice** | The Voice Case Information System (VICS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's web site at www.scb.uscourts.gov for further information.<br>Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. | |
| **11. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at bankruptcynotices.uscourts.gov OR (2) Debtors can register for DeBN by filing local form 'Debtor's Electronic Noticing Request (DeBN)' with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email. See Local Rule 9036–1. | |

Official Form 309C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                                page **1**