# Notice Recipients

District/Off: 0420–7                User: admin                Date Created: 11/09/2021
Case: 21–02909–hb                   Form ID: b309c             Total: 192

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | The Muffin Mam, Inc. | 830 Hunter Industrial Park Road | Laurens, SC 29360 |
| ust | US Trustee's Office | Strom Thurmond Federal Building    1835 Assembly St.    Suite 953    Columbia, SC 29201 | |
| tr | John K Fort | PO Box 789    Drayton, SC 29333 | |
| aty | William Harrison Penn | McCarthy, Reynolds & Penn, LLC    1517 Laurel Street (29201)    PO Box 11332    Columbia, SC 29211–1332 | |
| 544018820 | 1WorldSync    Dept. 781341    PO Box 78000    Detroit, MI 48278–1341 | | |
| 544018821 | ACI Janitorial    PO Box 486    Greenville, SC 29602 | | |
| 544018823 | AFLAC    ATTN: Remittance Processing    1932 Wynnton Road    Columbus, GA 31999 | | |
| 544018824 | AG Freight, LLC    650 Hurricane Creek Rd    Piedmont, SC 29673 | | |
| 544018830 | ARAMARK    PO Box 731676    Dallas, TX 75373–1676 | | |
| 544018833 | ASM LLC dba Advantage Tri Venture    PO Box 744443    Atlanta, GA 30374–4443 | | |
| 544018822 | Affinity Bakery Partners, LLC    2928 Walden Avenue    Depew, NY 14043 | | |
| 544018825 | Airgas USA, LLC    P.O. Box 734672    Dallas, TX 75373–4672 | | |
| 544018826 | Alexander AC Services    125 Victor    Greer, SC 29651 | | |
| 544018827 | Allied Electronics    P.O. Box 2325    Fort Worth, TX 76113 | | |
| 544018828 | Americold Piedmont SC    1619 Antioch Church Road    Piedmont, SC 29673 | | |
| 544018829 | Amoretti    451 Lombard Street    Oxnard, CA 93030 | | |
| 544018831 | Archer Daniels Midland Co.    P.O. Box 745086    Atlanta, GA 30374–5086 | | |
| 544018832 | Arvo Distribution, LLC    PO Box 6647    Chicago, IL 60680–6647 | | |
| 544018834 | Associated Brokers    4290 Bells Ferry Road    Suite 134–571    Kennesaw, GA 30144 | | |
| 544018835 | Atlantic Corporation    PO Box 60002    Charlotte, NC 28260 | | |
| 544018836 | Automationdirect.com, Inc.    P.O. Box 402417    Atlanta, GA 30384 | | |
| 544018837 | B&D Technologies    P.O. Box 16922    Atlanta, GA 30321–0922 | | |
| 544018838 | B.A.K.E. Marketing Corporation    1442 Highway 96    Burns, TN 37029 | | |
| 544018839 | BB&T    P.O. Box 580340    Charlotte, NC 28258–0340 | | |
| 544018840 | BDI    P.O. Box 74069    Cleveland, OH 44194 | | |
| 544018848 | BW Clark, Inc.    PO Box 41    Columbia, SC 29202 | | |
| 544018841 | Best Pack Solutions    PO Box 2043    Fountain Inn, SC 29644 | | |
| 544018842 | Better Than Found    25 Woods Lake Road    Suite 105    Greenville, SC 29607 | | |
| 544018843 | Blue Azalea, LLC    PO Box 1107    Effingham, IL 62401 | | |
| 544018844 | Border States Industries, Inc.    PO Box 603585    Charlotte, NC 28260 | | |
| 544018845 | Brecoflex Co., LLC    222 Industrial Way West    Eatontown, NJ 07724 | | |
| 544018846 | Brenntag Mid–South, Inc.    3796 Reliable Pkwy    Chicago, IL 60686 | | |
| 544018847 | Brill, Inc.    P.O. Box 920077    Atlanta, GA 30392–0077 | | |
| 544018860 | CH Robinson Worldwide, Inc.    PO Box 9121    Minneapolis, MN 55480 | | |
| 544018863 | CMC Foods, Inc.    PO Box 28324    Kansas City, MO 64118 | | |
| 544018849 | Cargrill, Inc.    PO Box 741034    Atlanta, GA 30374 | | |
| 544018850 | Carolina Express Couriers    P O Box 327    Greenville, SC 29602 | | |
| 544018851 | Carolina Handling, LLC    P.O. Box 890352    Charlotte, NC 28289 | | |
| 544018852 | Carolina Lift Stations    PO Box 746    York, SC 29745 | | |
| 544018853 | Carolina Pallets & Recycling    PO Box 843    Simpsonville, SC 29681 | | |
| 544018854 | Carolina Scales    P. O. Box 8233    Columbia, SC 29202 | | |
| 544018855 | Carson's Nut–Bolt & Tool, Co.    P.O. Box 3629    Greenville, SC 29608 | | |
| 544018856 | Cat Techs Plus    107 Winyah Ct    Simpsonville, SC 29681 | | |
| 544018857 | Celebration Elegant Desserts, LLC    4165 Mendenhall Oaks Pkw    High Point, NC 27265 | | |
| 544018858 | Century Printing & Packaging    PO. Box 2358    Greer, SC 29652 | | |
| 544018859 | Certified Laboratories    23261 Network Place    Chicago, IL 60673–1232 | | |
| 544018861 | Cherry Bekaert, LLP    PO Box 25549    Richmond, VA 23260–5500 | | |
| 544018862 | ClearWater, Inc.    PO box 1469    Hickory, NC 28603 | | |
| 544018864 | Colonial Chemical Solutions, Inc.    P O Box 743239    Atlanta, GA 30374 | | |
| 544018865 | Consolidated Electrical Distributors, Inc.    PO Box 936240    Atlanta, GA 31193 | | |
| 544018866 | Creative Baking Solutions, LLC    13791 East Rice Place    Ste 116    Aurora, CO 80015 | | |
| 544018867 | Cromer Food Services    PO Box 1447    Anderson, SC 29622 | | |
| 544018876 | DNV GL Business    Assurance USA, Inc.    PO Box 74008806    Chicago, IL 60674 | | |
| 544018878 | DRW Transport, LLC    442 Flint Hill Dr    Pickens, SC 29671 | | |
| 544018868 | Dash Courier & Logistics    P O Box 11049    Charlotte, NC 28220 | | |
| 544018869 | David B. Wheeler    Moore & Van Allen PLLC    PO Box 22828    Charleston, SC 29413–2828 | | |
| 544018870 | Dawn Food Products    PO Box 71585    Chicago, IL 60694 | | |
| 544018871 | Decopac, Inc.    SDS 12–0871    PO Box 86    Minneapolis, MN 55486–0871 | | |
| 544018872 | Dell Business Credit    Payment Processing Center    PO Box 5275    Carol Stream, IL 60197–5275 | | |
| 544018873 | Delta Electrical Contractors    600 Apple Valley Road    Duncan, SC 29334 | | |
| 544018874 | Digi–Key Electronics    701 Brooks Ave South    PO Box 677    Thief River Falls, MN 56701–0677 | | |
| 544018875 | Direct Connect Logistix, Inc.    314 W. Michigan Street    Indianapolis, IN 46202 | | |
| 544018877 | Douglas Machines Corp.    4500 110Th Ave. N    Clearwater, FL 33762 | | |
| 544018879 | Dunbar Systems, Inc.    1186 Walter Street    Lemont, IL 60439 | | |
| 544018882 | ET Oakes Corporation    686 Old Willets Path    Hauppauge, NY 11788–4102 | | |
| 544018880 | Electric Motors and Drives, Inc.    P. O. Box 2565    Anderson, SC 29622 | | |

```
544018881  Equator Design, Inc.        PO Box 536634         Pittsburg, PA 15253-5908
544018883  Fastec Services Co.         1014 Fort Jackson Road       Charleston, SC 29412
544018884  Federal Express      P O Box 371461        Pittsburgh, PA 15250
544018885  FlavorSum         P.O. Box 2153        Kalamazoo, MI 49003
544018886  Fox Rothschild LLP Attorneys       2 W Washington St        Suite 1100        Greenville, SC 29601
544018887  Frontier Food Brokerage       PO Box 776111        Chicago, IL 60677
544018888  Garrett & Garrett        PO Box 36        Chicago, IL 60677
544018889  Gasparini Sales        917 Granger Road        Syracuse, NY 13219
544018890  Global Electronic Services, Inc.       5325 Palmero Court        Buford, GA 30518
544018891  Global Equipment Company       29833 Network Place        Chicago, IL 60673
544018892  Gloves Plus, Inc.         227 Neely Ferry Road        Simpsonville, SC 29680
544018893  Grainger        Dept. 834949935        Palatine, IL 60038
544018894  Great American Insurance Company       Attn: John Dougherty       301 East Fourth Street       Cincinnati, OH 45202-4201
544018895  Great American Insurance Group       P O Box 89400        Cleveland, OH 44101-6400
544018896  Greenville County Tax Collector       Dept. 390        PO Box 100221        Columbia, SC 29202-3221
544018897  Gregory of Greenville       P.O. Box 6713        Greenville, SC 29606
544018898  Guardian Worksite       P O Box 826486        Philadelphia, PA 19182-6486
544018899  Hardman Distribution       2545 Ivy Street East        Cumming, GA 30041
544018900  Hartford Insurance        690 Asylum Avenue        Hartford       Hartford, CT 06155
544018901  Hobart Service/ITW Food Equip        PO Box 2517        Carol Stream, IL 60132
544018902  Horizon Equipment        1960 Seneca Road        Saint Paul, MN 55122
544018903  Human Technologies        105 N. Spring St Ste 200        Greenville, SC 29601
544018904  Hydradyne, LLC        PO Box 974799        Dallas, TX 75397-4799
544018905  Hygiena       Attn: Accounts Receivable       941 Avenida Acaso        Camarillo, CA 93012
544018906  ID Technology        PO Box 73419        Cleveland, OH 44193
544018907  Industry Built Software, Ltd        PO Box 743722        Atlanta, GA 30374
544018908  Insight Financial Staffing        48 Parkway Commons Way        Greer, SC 29650
544018909  Integrity Express Logistics        62488 Collections Center Drive        Chicago, IL 60693-0624
544018910  International Bakers Services        1902 N. Sheridan Ave.       South Bend, IN 46628
544018911  Ise Newberry, Inc.        PO Box 758        Newberry, SC 29108
544018913  JAX Refrigeration        901 7th Avenue South        Jacksonville Beach, FL 32250
544018914  JCS Sales, LLC        Attn: Drew Hembree        PO Box 1158        Abingdon, VA 24212
544018915  JRP Company        1619 Patterson Plant Road        Enoree, SC 29335
544018916  JWC Environmental Inc.        PO Box 3147        Cumming, GA 30028
544018912  Jason Pruitt Septic Tank Service        PO Box 118        Roebuck, SC 29376
544018917  Keck's Food Service        2796 Route 328        Millerton, PA 16936
544018919  Labor Finders Spartanburg        PO Box 1131        Spartanburg, SC 29304
544018918  Labor Finders of SC, Inc.        PO Box 282        Greenville, SC 29602
544018920  Landford Industrial Services Co.        P O Box 366        Clinton, SC 29325
544018921  Laurens Commission of Public Works       PO Box 580476        Charlotte, NC 28258
544018922  Laurens County Tax Collector        Attn: Cynthia M. Burke        PO Box 1049        Laurens, SC 29360
544018923  Laurens Tool, Inc.        408 Templeton Rd        PO Box 365        Laurens, SC 29360
544018927  MAU Workforce Solutions        DEPT#40301        P O Box 2153        Birmingham, AL 35287
544018924  Mallet & Company, Inc.        563 Napor Blvd        Suite 195        Pittsburgh, PA 15205
544018925  Marlin Capital Solutions        P O Box 13604        Philadelphia, PA 19101-3604
544018926  Matson Logistics, Inc.        PO Box 99074        Chicago, IL 60693
544018928  McMaster-Carr        P.O. Box 7690        Chicago, IL 60680
544018929  Mechanical Equipment Company        PO Box 689        Matthews, NC 28106
544018930  Mekitec US, LLC        2900 Gateway Drive        Suite 635        Irving, TX 75063
544018931  Menasha Packaging Company        75 Remittance Drive        Dept. 6970        Chicago, IL 60675
544018932  Messer, LLC        88718 Expedite Way        Chicago, IL 60695
544018933  Mettler-Toledo, LLC        PO Box 730867        Dallas, TX 75373-0867
544018934  Mid Carolina Environmental Equip, LLC        11 Kin Loch Road        Lugoff, SC 29078
544018936  MoLo Solutions, LLC        Lockbox Receivables        PO Box 7050        Carol Stream, IL 60197-7050
544018935  Modern Material Handling        P.O. Box 5658        Greenville, SC 29606
544018937  Mother Murphy's        PO Box 16846        Greensboro, NC 27416-0846
544018938  Motion Industries        P.O. Box 404130        Atlanta, GA 30384
544018946  NIC Systems, Inc.        150 Jardin Drive, Unit 10        Concord, ON 14k 3p9 CANADA
544018939  National Risk Solutions, LLC        1558 Central Ave        Suite 7C        Fort Lee, NJ 07024
544018940  Naturipe Value Added Foods, LLC        PO Box 631231        Cincinnati, OH 45263-1231
544018941  Naylor       455 North Service Road East        Oakville, ON        ON L6H 1A5 CANADA,
544018942  Nelson Diecutting & Packaging, Inc.        P.O. Box 171444        Spartanburg, SC 29301
544018943  Newburg Egg Corp.        PO Box 175        Woodridge, NY 12789
544018944  Nexcor Technologies        P.O. Box 1959        Suwanee, GA 30024
544018945  Nexsen Pruet, LLC        PO Drawer 2426        Columbia, SC 29202
544018947  Office Depot        Dept 56-4203960967        Phoenix, AZ 85062-8004
544018948  Operators Unlimited        590 Robin Lake Rd.        Greenville, SC 29606
544018949  Orthodox Union        Eleven Broadway        13th Floor        New York, NJ 10004
544018951  PC Connection Sales Corp.        DBA Connection        PO Box 536472        Pittsburgh, PA 15253-5906
544018958  PRTC        PO Box 1026        Laurens, SC 29360
544018950  Pace Analytical Services, LLC        PO Box 684056        Chicago, IL 60695-4056
544018952  Penske Truck Leasing Co., Inc.        PO Box 532658        Atlanta, GA 30353
544018953  Perishable Sales, Inc.        165 Hansen Court #100        Wood Dale, IL 60191
544018954  Phillips Recoveries, Inc.        450 Cherokee Rd        Pelzer, SC 29669
544018956  Pinnacle Bank        Attn: Lance Miller SVP, Special Assets        140 East Third St.        Charlotte, NC 28204
544018955  Pinnacle Bank        Cardmember Services        PO Box 306005        Nashville, TN 37230-6005
```

```
544018957   Polar Tech Industries       Payment Processing       PO Box 5930        Bloomington, IL 6170
544018959   Pye Barker          PO Box 714812        Cincinnati, OH 45271
544018968   RTI, Inc.        103 High Pointe Dr.        Blythewood, SC 29016
544018960   Rain for Rent         4350 Golf Acres Dr.        Charlotte, NC 28208
544018961   Randstad Staffing Services         PO Box 277075         Atlanta, GA 30384
544018962   Ready Refresh by Nestle        PO Box 856192         Louisville, KY 40285-6192
544018963   Records Reduction       2031-F Independence Commerce Dr.         Matthews, NC 28105
544018964   Renewable Water Resources         561 Mauldin Dr.        Greenville, SC 29607
544018965   Republic Services #744        PO Box 9001099        Louisville, KY 40290
544018966   Resource Electric, LLC         2854 Hwy 72 West         Clinton, SC 29325
544018967   Rogers & Callcott        PO Box 5655         Greenville, SC 29606
544018970   SC DEW         Document Control-Bankrutpcy         PO Box 995         Columbia, SC 29202-0995
544018969   SC Dept of Revenue & Taxation         PO Box 12265         Columbia, SC 29211-9979
544018971   Segra        PO Box 631140         Cincinnati, OH 45263-1140
544018972   Seltrol, Inc.        PO Box 17739         Greenville, SC 29606
544018973   Sensient Colors, LLC         62453 Collections Center Dr.         Chicago, IL 60693
544018974   Shoes For Crews, LLC         PO Box 734176         Chicago, IL 60673-4176
544018975   Silliker, Inc.        111 E. Wacker Dr.        Suite 2300         Chicago, IL 60601
544018976   Sonoco Recycling, LLC         91218 Collection Center Dr.         Chicago, IL 60693
544018977   Southeast Industrial Equipment         PO Box 63230         Charlotte, NC 28263-3230
544018978   Southeastern Paper Group, Inc.         PO Box 890671         Charlotte, NC 28289
544018979   Southwest Engineers        PO Box 2499         Slidell, LA 70459
544018980   Star2Star Communications         PO Box 97231         Las Vegas, NV 89193-7231
544018981   Stokes Blueberries FreshPro, Inc.         54239 14th Ave.         Grand Junction, MI 49056
544018982   Synergy Flavors, Inc.         1500 Synergy Dr.         Wauconda, IL 60084
544018992   TSR Marketing         4043 Windsor Park Drive E.         Jacksonville, FL 32224
544018983   Tamarkin Company         375 Victoria Rd         Youngstown, OH 44515
544018984   Teachey Mechanical, Inc.         PO Box 339         Simpsonville, SC 29681
544018985   TempTrip, LLC         435 Martin Street        Suite 2020         Blaine, WA 98230
544018986   Tennant Sales & Service Co         PO Box 71414         Chicago, IL 60694-1414
544018987   The Fred D. Pfening Co., Inc.         1075 West Fifth Ave         Columbus, OH 43212-2691
544018988   Tielman North America, LTD         180 Middlefield Rd.         Scarorough, ON         M1S 4MS,
544018989   Total Quality Logistics         PO Box 634558         Cincinnati, OH 45263
544018990   Toyota Industries Commercial Finance         PO Box 660926         Dallas, TX 75266
544018991   Transamerica Employee Benefits         PO Box 634558         Dallas, TX 75266-3005
544018993   U.S. Foodservice, Inc.         PO Box 602292         Charlotte, NC 28260-2292
544019002   UTICA National Insurance Group         PO Box 6532         Utica, NY 13504-6532
544018994   Uline       Attn: AR       PO Box 88741         Chicago, IL 60680
544018995   Unifiller Systems         7621 MacDonald Rd         Delta, BC         V4G 1N3 Canada,
544018996   United Chemical Supply         PO Box 5066         Greenville, SC 29606
544018997   United Parcel Service         PO Box 809488         Chicago, IL 60680-9488
544018998   United States Attorney        District of South Carolina         1441 Main Street, Suite 500         Columbia, SC 29201
544018999   United States Internal Revenue Service         PO Box 409101         Ogden, UT 84409
544019000   Universal Packaging         PO Box 297         Reidville, SC 29375
544019001   Upstate Door Co, Inc.         PO Box 9195         Greenville, SC 29604
544019006   VLS Recovery Services         P O Box 4346         Houston, TX 77210
544019003   Vaughn Belting         PO Box 5505         Spartanburg, SC 29304
544019004   Veropak LTD         73 Swaisland Dr.         Crayford, Kent         DAI 4HY United Kingdom,
544019005   Videojet Technologies, Inc.         12113 Collection Center Dr.         Chicago, IL 60693
544019007   Williams Scotsman, Inc         PO Box 91975         Chicago, IL 60693-1975
```

TOTAL: 192