IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | Case Number 21-02909-hb |
| The Muffin Mam, Inc. ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## AFFIDAVIT OF DISINTERESTEDNESS OF PROPOSED PROFESSIONAL

1. Terry Howe & Associates, Inc. of 1129 Locust Hill Rd, Greer, SC 29651 provides auction, appraisal and brokerage services in the state of South Carolina. Its shareholders and employees are experienced in the sale and management of real and personal property. The firm is a licensed S.C. Auctioneer, #SCAL-003471F, which employs licensed auctioneers and real estate brokers and agents.
A copy of the bond is attached as Exhibit A.

2. Terry Howe & Associates, Inc. has made a conflict check by reviewing the schedules, mailing matrix, and Statement of Affairs of the debtor. This was compared to the records of Terry Howe & Associates, Inc. including the current client list and the investments and business interests. This conflict check was also made for each shareholder and employee of Terry Howe & Associates, Inc. Based on these checks made, Terry Howe & Associates, Inc. has not located any conflicts with the above-named debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3. Terry Howe & Associates, Inc. has previously been employed and is currently employed by the Trustee as well as other panel trustees in this district.

4. Terry Howe & Associates, Inc. represents no interest adverse to that of the estate, the Trustee, or the debtors in the matters upon which it is to be engaged.

5. Terry Howe & Associates, Inc. meets the definition of a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

6. Terry Howe & Associates, Inc. has advised the Trustee of its willingness to serve as Trustee's auctioneer/sales agent under terms as provided for in the Trustee's application for appointment of auctioneer/sales agent.

7. Terry Howe & Associates, Inc. presently has bankruptcy estate assets under its direction and control as listed on the attached Exhibit B.

For Terry Howe & Associates, Inc.
By Its: _____

SWORN to and subscribed before me
this 10th day of November, 2021

William Caldwell
Notary Public for South Carolina
My Commission Expires: August 22, 2027