**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | Case Number 21-02909-HB |
| The Muffin Mam, Inc., | ) | Chapter 7 |
| Debtor | ) | |

**ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT**

Upon the annexed Application of John Kirkland Fort, Trustee herein, for the authority to employ Terry Howe & Associates, Inc., as Auctioneer/Sales Agent, it is

ORDERED, ADJUDGED, AND DECREED that the Trustee be, and he hereby is, authorized to employ said Auctioneer/Sales Agent for the purposes described in the annexed Application.

The Auctioneer/Sales Agent's compensation shall be set forth by the Court according to 11 U.S.C. Section 330(a) and, therefore, may be different from the terms of compensation discussed by the Trustee and the Auctioneer/Sales Agent or in the Application by Trustee to Employ Auctioneer/Sales Agent.