# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–7 | User: admin | Date Created: 12/1/2021 |
| Case: 21–02909–hb | Form ID: pdf01 | Total: 14 |

**Recipients of Notice of Electronic Filing:**
```
ust     US Trustee's Office        USTPRegion04.CO.ECF@usdoj.gov
tr      John K Fort                trustee863@gmail.com
aty     David Brian Wheeler        davidwheeler@mvalaw.com
aty     Donna Faye Shetley         dshetley@jshwlaw.com
aty     Michael H. Weaver          michael.weaver@rogerstownsend.com
aty     Reid E Dyer                reiddyer@mvalaw.com
aty     Robert A. Pohl             robert@pohlpa.com
aty     William Harrison Penn      hpenn@mccarthy–lawfirm.com
```
TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          The Muffin Mam, Inc.       830 Hunter Industrial Park Road    Laurens, SC 29360
cr          Hardman Distribution Corporation    2545 Ivy Street East    Cumming, GA 30041
cr          CSC Leasing Company        6802 Paragon Place    Suite 350    Richmond, VA 23230
cr          Blue Azalea, LLC           55 Beattie Place    Suite 1500    Greenville, SC 29601
544018886   Fox Rothschild LLP Attorneys    2 W Washington St    Suite 1100    Greenville, SC 29601
            FRANK C WILLIAMS III       FOX ROTHSCHILD LLP    2 W WASHINGTON ST    SUITE
            11OO    GREENVILLE, SC 29601
```
TOTAL: 6