# Invoice

Creative Bakery Solutions LLC.
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 9/29/2021 | 3620 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2863 | Net 30 | 9/29/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 495 | Muffin Mam Choco... | Muffin Mam Chocolate Layer Cake Mix #MM506 | 55.15 | 27,299.25 |
| 315 | Muffin Mam White... | Muffin Mam White Layer Cake Mix #MM500 | 51.60 | 16,254.00 |
| 45 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 1,345.50 |
|  | Freight | Freight Surcharge<br>Total Freight $2750 | 1,275.00 | 1,275.00 |
|  |  | PO 2863 Deliver 9-29-2021 |  |  |

Thank you for your business

**Total** $46,173.75

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/6/2021 | 3619 |

| Bill To |
|---|
| The Muffin Mam<br>P.O. Box 6282<br>Greenville, SC 29606 |

| Ship To |
|---|
| Muffin Mam<br>830 Hunter Industrial Park Road<br>Laurens, SC 29360 |

| P.O. Number | Terms | Ship |
|---|---|---|
| 2859 | Net 30 | 10/6/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 825 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 24,667.50 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2895 | 1,420.00 | 1,420.00 |
|  |  | PO 2859 Deliver 10-6-2021 |  |  |

Thank you for your business

**Total** $26,087.50

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/7/2021 | 3626 |

### Bill To
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

### Ship To
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2883 | Net 30 | 10/7/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 270 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 8,073.00 |
| 585 | Muffin Mam White... | Muffin Mam White Layer Cake Mix #MM500 | 51.60 | 30,186.00 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2895 | 1,420.00 | 1,420.00 |
|  |  | PO 2883 Deliver 10-7-2021 |  |  |

Thank you for your business

**Total** $39,679.00

# Invoice

Creative Bakery Solutions LLC.
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/8/2021 | 3627 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2884 | Net 30 | 10/8/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 585 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 17,491.50 |
| 270 | Muffin Mam Choco... | Muffin Mam Chocolate Layer Cake Mix #MM506 | 55.15 | 14,890.50 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2895 | 1,420.00 | 1,420.00 |
| | | PO 2884 Deliver 10-8-2021 | | |

Thank you for your business

**Total** $33,802.00

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/8/2021 | 3629 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2886 | Net 30 | 10/8/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 405 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 12,109.50 |
| 450 | Muffin Mam White... | Muffin Mam White Layer Cake Mix #MM500 | 51.60 | 23,220.00 |
| 1 | Freight | Freight Surcharge Total Freight $2895 | 1,420.00 | 1,420.00 |
|  |  | PO 2886 Deliver 10-8-2021 |  |  |

Thank you for your business

**Total** $36,749.50

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/11/2021 | 3628 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2885 | Net 30 | 10/11/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 405 | Muffin Mam White... | Muffin Mam White Layer Cake Mix #MM500 | 51.60 | 20,898.00 |
| 450 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 13,455.00 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2895 | 1,420.00 | 1,420.00 |
|  |  | PO 2885 Deliver 10-11-2021 |  |  |

Thank you for your business

**Total**  $35,773.00

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/15/2021 | 3631 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2888 | Net 30 | 10/15/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 855 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 25,564.50 |
| 1 | Freight | Freight Surcharge Total Freight $2750 | 1,275.00 | 1,275.00 |
|  |  | PO 2888 Deliver 10-15-2021 |  |  |

Thank you for your business

**Total** $26,839.50

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/15/2021 | 3639 |

| Bill To |
|---|
| The Muffin Mam<br>P.O. Box 6282<br>Greenville, SC 29606 |

| Ship To |
|---|
| Muffin Mam<br>830 Hunter Industrial Park Road<br>Laurens, SC 29360 |

| P.O. Number | Terms | Ship |
|---|---|---|
| 2919 | Net 30 | 10/15/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 270 | Muffin Mam Choco... | Muffin Mam Chocolate Creme Cake Base #MM202 | 35.65 | 9,625.50 |
| 585 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 17,491.50 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2750 | 1,275.00 | 1,275.00 |
|  |  | PO 29219 Deliver 10-15-2021 |  |  |

Thank you for your business

**Total** $28,392.00

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/25/2021 | 3645 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2949 | Net 30 | 10/25/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 450 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 13,455.00 |
| 405 | Muffin Mam White... | Muffin Mam White Layer Cake Mix #MM500 | 51.60 | 20,898.00 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2895 | 1,420.00 | 1,420.00 |
|  |  | PO 2949 Deliver 10-25-2021 |  |  |

Thank you for your business

**Total**  $35,773.00

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/26/2021 | 3638 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2918 | Net 30 | 10/26/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 855 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 25,564.50 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2895 | 1,420.00 | 1,420.00 |
| | | PO 2918 Deliver 10-26-2021 | | |

Thank you for your business

**Total** $26,984.50

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/29/2021 | 3630 |

| Bill To | Ship To |
|---|---|
| The Muffin Mam<br>P.O. Box 6282<br>Greenville, SC 29606 | Muffin Mam<br>830 Hunter Industrial Park Road<br>Laurens, SC 29360 |

| P.O. Number | Terms | Ship |
|---|---|---|
| 2887 | Net 30 | 10/29/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 270 | Muffin Mam Choco... | Muffin Mam Chocolate Layer Cake Mix #MM506 | 55.15 | 14,890.50 |
| 585 | Muffin Mam White... | Muffin Mam White Layer Cake Mix #MM500 | 51.60 | 30,186.00 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2895 | 1,420.00 | 1,420.00 |
|  |  | PO 2887 Deliver 10-29-2021 |  |  |

Thank you for your business

**Total** $46,496.50

# Invoice

Creative Bakery Solutions LLC.
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 10/29/2021 | 3646 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2951 | Net 30 | 10/29/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 855 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 25,564.50 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2895 | 1,420.00 | 1,420.00 |
|  |  | PO 2951 Deliver 10-29-2021 |  |  |

Thank you for your business

**Total** $26,984.50

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 11/1/2021 | 3647 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2952 | Net 30 | 11/1/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 855 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 25,564.50 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2950 | 1,475.00 | 1,475.00 |
|   |   | PO 2952 Deliver 11-1-2021 |   |   |

Thank you for your business

**Total** $27,039.50

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 11/1/2021 | 3648 |

**Bill To**
The Muffin Mam
P.O. Box 6282
Greenville, SC 29606

**Ship To**
Muffin Mam
830 Hunter Industrial Park Road
Laurens, SC 29360

| P.O. Number | Terms | Ship |
|---|---|---|
| 2953 | Net 30 | 11/1/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 855 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 25,564.50 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2950 | 1,475.00 | 1,475.00 |
| | | PO 2953 Deliver 11-1-2021 | | |

Thank you for your business

**Total**  $27,039.50

# Invoice

**Creative Bakery Solutions LLC.**
1217 E. Cape Coral Pkwy. Suite #158
Cape Coral, FL 33904

| Date | Invoice # |
|---|---|
| 11/3/2021 | 3615 |

| Bill To | Ship To |
|---|---|
| The Muffin Mam<br>P.O. Box 6282<br>Greenville, SC 29606 | Muffin Mam<br>830 Hunter Industrial Park Road<br>Laurens, SC 29360 |

| P.O. Number | Terms | Ship |
|---|---|---|
| 2834 | Net 30 | 11/3/2021 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 135 | Muffin Mam White... | Muffin Mam White Layer Cake Mix #MM500 | 51.60 | 6,966.00 |
| 225 | Muffin Mam Creme... | Muffin Mam Creme Cake Base #MM101 | 29.90 | 6,727.50 |
| 495 | Muffin Mam Choco... | Muffin Mam Chocolate Layer Cake Mix #MM506 | 55.15 | 27,299.25 |
| 1 | Freight | Freight Surcharge<br>Total Freight $2950 | 1,475.00 | 1,475.00 |
| | | PO 2834 Deliver 11-3-2021 | | |

Thank you for your business

**Total** $42,467.75