Case 21-02909-hb   Doc 42   Filed 12/07/21   Entered 12/07/21 14:58:43   Desc Main
Document      Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 21-02909-hb |
| The Muffin Mam, Inc., | CHAPTER: 7 |
| DEBTOR(S) | AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (11 U.S.C. § 362(A)) / MOTION TO EXTEND OR IMPOSE AUTOMATIC STAY (11 U.S.C. § 362(C)(3); 11 U.S.C. § 362(C)(4)) |

TO: DEBTOR, TRUSTEE (if applicable), AND THOSE NAMED IN THE ATTACHED MOTION

PLEASE TAKE NOTICE THAT a hearing will be held on the attached motion on:

Date: January 11, 2022

Time: 9:30 a.m.

Place: The Donald S. Russell Federal Building & U.S. Courthouse, 201 Magnolia Street, Spartanburg, SC 29306.

Within fourteen (14) days after service of the attached motion, the notice of motion, the movant's certification of facts, (and a blank certification of facts form, applicable only to motions for relief from the automatic stay and for service on *pro se* parties only), any party objecting to the relief sought shall:

(1) File with the Court a written objection to the 11 U.S.C. § 362 Motion;

(2) File with the Court a certification of facts (for motions for relief from the automatic stay);

(3) Serve on the movant items 1 and 2 above at the address shown below; and

(4) File a certificate of such service with the Court.

If you fail to comply with this procedure, you may be denied the opportunity to appear and be heard on this proceeding before the Court.

Date:  December 7, 2021 __

\s Richard R. Gleissner_____
Signature of Attorney
Richard R. Gleissner
District Court I.D. Number: 5389
1237 Gadsden Street, Suite 200A
Columbia, South Carolina 29201
(803) 787-0505 Phone
(803) 712-4283 Facsimile
Rick@GleissnerLaw.com

- 1 -