UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 21-002909-hb |
|---|---|
| The Muffin Mam, Inc., | CHAPTER: 7 |
| DEBTOR(S) | PROPOSED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY (11 U.S.C. § 362(A)) / MOTION TO EXTEND OR IMPOSE AUTOMATIC STAY (11 U.S.C. § 362(C)(3); 11 U.S.C. § 362(C)(4)) |

This matter is before the Court upon the Motion of Creative Bakery Solutions, LLC ("CBS"). CBS is the seller of cake mixes. Pre-petition it sold and delivered cake mixes to the debtor, the Muffin Mam, Inc. (the "Debtor") within 45 days of the filing of the bankruptcy. CBS seeks permission to reclaim product sold to the Debtor, The Muffin Mam, Inc. and still in the possession of the Muffin Mam, Inc. CBS has filed a Notice of Reclamation (docket # 39) pursuant to Section 546(c) of the Bankruptcy Code. In the Notice of Reclamation, CBS sets forth an itemized statement and copies of the invoices of the cake mixes delivered to the Debtor. All of the cake mixes appear to be labeled with the product numbers as set forth on the invoices included as Exhibit B to the Notice of Reclamation (docket #39-2). Just cause being shown for relief from the stay, it is therefore,

ORDERED ADJUDGED AND DECREED that CBS is hereby granted relief from the automatic stay to allow it to reclaim the cake mixes delivered to the debtor bearing the product numbers as set forth in its invoices and included in its Notice of Reclamation.

AND IT IS SO ORDERED.