## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:

THE MUFFIN MAM, INC.

Debtor(s)

Case No. 21-02909

Chapter 7

## AFFIDAVIT OF PROPOSED ACCOUNTANT

1. Affiant, Edward Bowers, C.P.A., C.I.R.A., D.A.B.F.A., C.F.F., is a certified public accountant and partner in the firm of Middleswarth, Bowers & Co., L.L.P., of 219 Wilmot Drive, Gastonia, N.C. 28054, a certified public accounting firm registered in the state of North Carolina and practicing in the State of South Carolina under Section 40-2-40 of the South Carolina statutes.

2. Affiant has made a conflict check by reviewing the schedules, mailing matrix, and Statement of Affairs of the debtor. This was compared to the records of the Affiant including; the current client list of Middleswarth, Bowers & Co., L.L.P., and the investments and business interests of the Affiant. This conflict check was also made for each partner and employee of Middleswarth, Bowers & Co., L.L.P. Based on these checks made, the Affiant has not located any conflicts with the above-named debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3. Affiant and Middleswarth, Bowers & Co. L.L.P. has worked and continues to work with the Trustee on other Bankruptcy cases. Affiant and Middleswarth Bowers & Co. L.L.P. has worked and continues to work with other trustees in the U.S. Bankruptcy Court for the South Carolina District, Middle District of North Carolina, and Western District of North Carolina. Affiant serves as an off-panel trustee or limited powers trustee for the Western District of North Carolina on selected Chapter 7 and Chapter 11 cases.

4. Affiant, along with Middleswarth, Bowers & Co., L.L.P., believes that it meets the definition of a "disinterested person" in this case as that term is defined in 11 U.S.C. Section 101.

5. Affiant, along with Middleswarth, Bowers & Co., L.L.P., has advised the trustee of its willingness to serve as panel trustee's accountant and is aware that its compensation shall be set by the Court according to 11 U.S.C. Section 330(a) and, therefore, that the amount of compensation set by the Court may be different from the terms of compensation discussed by the panel trustee and the affiant.

Middleswarth, Bowers & Co., L.L.P.,

By: _____
Edward Bowers, C.P.A.,C.I.R.A.,D.A.B.F.A.,C.F.F
219 Wilmot Drive
Gastonia, N.C. 28054
Telephone: (704) 867-2394

_____
Akiko Bowers

SWORN TO BEFORE ME THIS
9th day of December, 2021.

Notary Public for Gaston County
My Commission Expires: October 23, 2022

[Notary Seal: AKIKO BOWERS, Notary Public, Mecklenburg County, My Commission Expires 10-23-22, NORTH CAROLINA]