IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| The Muffin Mam, Inc., | ) | |
| | ) | Case No.: 21-02909-hb |
| Debtor. | ) | |
| | ) | |

**AFFIDAVIT OF JOSHUA J. HUDSON**

I, Joshua J. Hudson, hereby make solemn oath:

1. I am and Smith Hudson Law, LLC are attorneys at law, duly admitted to practice in the State of South Carolina and in this Court.

2. I and Smith Hudson Law, LLC maintain an office at 200 N. Main Street, Suite 301-C, Greenville, SC 29601. Phone number 864-908-3914.

3. Smith Hudson Law, LLC has been selected by John K. Fort, the Trustee in the above-captioned case, to represent the Trustee as his Special Counsel in this case.

4. I and Smith Hudson Law, LLC have made a conflict check by reviewing the schedules, mailing matrix, and Statement of Affairs of the Debtor. This was compared to the records of Smith Hudson Law, LLC, including: the current client list of Smith Hudson Law, LLC, as well as my investments and business interests. This conflict check was also made for each partner and employee of Smith Hudson Law, LLC. Based on these checks made, I and Smith Hudson Law, LLC have not located any conflicts with the above-named Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5. Both Smith Hudson Law, LLC and I are disinterested persons in this case as that term is defined in 11 U.S.C. §101(14). Neither I nor Smith Hudson Law, LLC hold or represent an interest adverse to the Estate.

6. The Trustee and Smith Hudson Law, LLC have agreed that Smith Hudson Law, LLC will be employed on a contingency basis plus costs. Smith Hudson Law, LLC will be paid 33.33% of all recoveries, plus costs and expenses. Smith Hudson Law, LLC will front the costs and expenses.

7. The Trustee and Smith Hudson Law, LLC understand that Smith Hudson Law, LLC's compensation will be set by the Court pursuant to 11 U.S.C. §330(a) and that the amount of compensation set by the Court may differ from that agreed to between them. The Trustee and Smith Hudson Law, LLC understand that in no event will the compensation, plus costs and expenses, exceed the gross amount that Smith Hudson Law, LLC recovers for this estate. Although Smith Hudson Law, LLC will be compensated on a contingency fee basis, Smith Hudson Law, LLC's hourly rate for matters of this type is $300 per hour.

Joshua J. Hudson, Fed ID No. 11620
jhudson@smithhudsonlaw.com
Smith Hudson Law, LLC
200 N. Main St., Suite 301-C
Greenville, SC 29601
(864) 908-3914

SWORN to and subscribed before me
on this 10th day of December, 2021

Notary Public for South Carolina
My Commission Expires: 1/26/31



2