**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | Case Number 21-02909-HB |
| The Muffin Mam, Inc. | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER AUTHORIZING CONTINGENT FEE EMPLOYMENT OF SPECIAL COUNSEL FOR THE TRUSTEE**

This matter is before the Court upon the application of the Trustee, John K. Fort, for authorization to employ Smith Hudson Law, LLC, as his Special Counsel in the above-captioned case.

After consideration of the Trustee's application, and it appearing that Smith Hudson Law, LLC are attorneys duly admitted to practice in this Court, that they hold or represent no interest adverse to this Estate, that their employment is necessary and is in the best interest of the Estate, it is

**ORDERED** that the Trustee is authorized to employ Smith Hudson Law, LLC, as Special Counsel for the Trustee. The compensation of the Special Counsel shall be set by the Court pursuant to 11 U.S.C. § 330(a) and may be different than the agreement between the Trustee and the Special Counsel.

**AND IT IS SO ORDERED**.